IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION


LESLIE MICHELE FRITZ

VS.                                                    CIVIL ACTION NO. 2:09CV32-KS-MTP

SOCIAL SECURITY DISABILITY


ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation [7] of the

United States Magistrate Judge entered herein on August 4, 2009, after referral of hearing by this

Court, Objection [8] having been filed as to the Report and Recommendation, and the Court,

having fully reviewed same as well as the record in this matter, and being fully advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and Plaintiff's Motions to Proceed *In Forma*

*Pauperis* [2][4] are **denied**.

IT IS FURTHER ORDERED that the Plaintiff pay the filing fee to the Clerk of the Court

for the Southern District of Mississippi, Hattiesburg Division, United States Courthouse, 701

North Main Street, Suite 200, Hattiesburg, Mississippi 39401, within thirty (30) days from the

date of this order.  If the filing fee is paid by the Plaintiff or someone other than the Plaintiff,

there must be a written explanation that the payment is submitted as the filing fee in this case,

Civil Action Number 2:09cv32-KS-MTP, on behalf of the Plaintiff Leslie Michele Fritz.

IT IS FURTHER ORDERED that if the filing fee is not received within the period

specified, that the above matter shall be dismissed without further notice to the Plaintiff.

Plaintiff is warned that failure to serve the summons and complaint upon the Defendant Michael J. Astrue within one hundred twenty (120) days of the payment of the filing fee may result in the dismissal of this suit.

SO ORDERED, this the 15th day of October, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE